**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ABRAHAM JOSE AGUILAR CHAURAN AND LUIS ANTONIO OLIVEROS PERALES,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **1:26-cv-930-ADA-DH** |
| **JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, AND U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** | § § § § § § § § § | |
| **Respondents.** | § | |

## ORDER

On July 10, 2026, Plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Dkt. 7.

A stipulation of dismissal under Rule 41(a)(1) "is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.,* 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** July 13, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE